**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**     Braintree, Somerville          **Related Case Information:**

**County**     Norfolk, Middlesex

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant   X
Magistrate Judge Case Number _____
Search Warrant Case Number     See addendum
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**     Terrence Pyrtle          **Juvenile:**     ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes   ☐ No

**Alias Name** _____

**Address**     (City & State)  Taunton, MA

Birth date (Yr only): 1983   SSN (last4#): 6195   Sex M     Race: B     Nationality: _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Kaitlin R. O'Donnell          Bar Number if applicable _____

**Interpreter:**     ☐ Yes   ☑ No          List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes   ☐ No

**Matter to be SEALED:**     ☑ Yes   ☐ No

  ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   12

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   04/19/2023          Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Terrence Pyrtle _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute, PWID Cocaine, Fentanyl, Fentanyl Analogue, and Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841 | PWID Cocaine, Fentanyl, Fentanyl Analogue, and Methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 841 | PWID Fentanyl, Fentanyl Analogue | 3 |
| Set 4 | 18 U.S.C. § 371 | Conspiracy to Commit Access Device Fraud and Aggravated Identity Theft | 4 |
| Set 5 | 18 U.S.C. § 1029 | Access Device Fraud; Aiding and Abetting | 5-8 |
| Set 6 | 18 U.S.C. § 1028A | Aggravated Identity Theft; Aiding and Abetting | 9-12 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

**JS 45 Criminal Case Cover Sheet Addendum:**

21-MJ-2675-MBB

21-MJ-2840-MBB

22-MJ-2266-MBB

22-MJ-2783-MBB

22-MJ-2383-MBB

22-MJ-2385-MBB

22-MJ-2112-MBB

22-MJ-2091-MBB

22-MJ-2092-MBB

22-MJ-2093-MBB

22-MJ-2094-MBB

22-MJ-2095-MBB

22-MJ-2096-MBB

22-MJ-2097-MBB

22-MJ-2098-MBB

22-MJ-2099-MBB

22-MJ-2100-MBB

22-MJ-2101-MBB

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                   **Category No.**   II          **Investigating Agency**   FBI

**City**    Braintree, Somerville          **Related Case Information:**

**County**    Norfolk, Middlesex          Superseding Ind./ Inf. _____  Case No. _____
                                          Same Defendant _____  New Defendant   X
                                          Magistrate Judge Case Number
                                          Search Warrant Case Number     See addendum
                                          R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**    Ashley Roostaie                    Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name**    "Lola," "dropdeadlola"

**Address**       (City & State)  Boston, MA

Birth date (Yr only): 1986   SSN (last4#): 9014   Sex F        Race: B          Nationality: _____

**Defense Counsel if known:**                          Address _____

**Bar Number**    _____                              _____

**U.S. Attorney Information:**

**AUSA**    Kaitlin R. O'Donnell                    Bar Number if applicable _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes  ☐ No

    ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**    _____

☐ Already in Federal Custody as of _____  in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**    ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**    ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony  9

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:    04/19/2023          Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ashley Roostaie _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Access Device Fraud and Aggravated Identity Theft | 4 |
| Set 2 | 18 U.S.C. § 1029 | Access Device Fraud; Aiding and Abetting | 5-8 |
| Set 3 | 18 U.S.C. § 1028A | Aggravated Identity Theft; Aiding and Abetting | 9-12 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**JS 45 Criminal Case Cover Sheet Addendum:**

21-MJ-2675-MBB

21-MJ-2840-MBB

22-MJ-2266-MBB

22-MJ-2783-MBB

22-MJ-2383-MBB

22-MJ-2385-MBB

22-MJ-2112-MBB

22-MJ-2091-MBB

22-MJ-2092-MBB

22-MJ-2093-MBB

22-MJ-2094-MBB

22-MJ-2095-MBB

22-MJ-2096-MBB

22-MJ-2097-MBB

22-MJ-2098-MBB

22-MJ-2099-MBB

22-MJ-2100-MBB

22-MJ-2101-MBB